UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN THOMAS MOORE, <br><br>            Plaintiff, <br><br>     v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br>            Defendant. | No. CV 08-976   FFM <br><br> JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 30, 2009.

DATED:   November 30, 2009

         /S/ FREDERICK F. MUMM
         FREDERICK F. MUMM
         United States Magistrate Judge